

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

OCTOBER 4, 2023

**VIA CM/ECF**

The Honorable Maryellen Noreika
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

      Re:    Letter responding to Court's Oral Orders

Dear Judge Noreika:

      Pursuant to the Oral Orders dated October 2, 2023, requiring plaintiff to file a letter with the Court explaining the discrepancy in plaintiffs among the various cases and whether Pennar Software Corporation is a required plaintiff in all of the related cases,

Web 2.0 Technologies, LLC v. Accelo, Inc.
1:23-cv-00001-MN
Web 2.0 Technologies, LLC v. Hive Technology, Inc.
1:23-cv-00002-MN
Web 2.0 Technologies, LLC v. LiquidPlanner, Inc.
1:23-cv-00003-MN
Web 2.0 Technologies, LLC v. RealtimeBoard, Inc.
1:23-cv-00004-MN
Web 2.0 Technologies, LLC v. TaskWorld Inc.
1:23-cv-00042-MN
Web 2.0 Technologies, Inc. v. Workfront Inc.
1:23-cv-00104-MN
Web 2.0 Technologies, LLC v. Zendesk, Inc.
1:23-cv-00105-MN
Web 2.0 Technologies, LLC v. Mango Technologies, Inc.
1:23-cv-00107-MN
Web 2.0 Technologies, LLC v. Moxtra Inc.
1:23-cv-00342-MN

**DEVLIN** LAW FIRM

October 4, 2023
Page 2 of 2

Web 2.0 Technologies, LLC v. ProofHub, LLC
1:23-cv-00343-MN
Web 2.0 Technologies, LLC v. Trello, Inc.
1:23-cv-00344-MN
Web 2.0 Technologies, LLC v. Workzone, LLC
1:23-cv-00345-MN

      Web 2.0 Technologies, LLC responds that it is in the process of amending the complaints in the coming weeks to add Pennar Software Corporation as a plaintiff in the cases where it has not so been added already.

Respectfully submitted,

Timothy Devlin (No. 4241)

cc:  Clerk of the Court (via CM/ECF)
     Counsel of Record (via CM/ECF)